FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

Mar 09, 2026

SEAN F. McAVOY, CLERK

Ashley C.

_Plaintiff_

v.

Frank Bisignano,
Commissioner of Social Security

_Defendant_

)
)
)
)
)
)

Civil Action No.    1:23-cv-05121-RLP

# JUDGMENT IN A CIVIL ACTION

The court has ordered that _(check one)_:

☐ the plaintiff _(name)_ _____ recover from the defendant _(name)_ _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant _(name)_ _____ recover costs from the plaintiff _(name)_ _____ .

☑ other:    Plaintiff's Brief, ECF No. 11, is GRANTED in part and DENIED in part. Defendant's Brief, ECF No. 12, is DENIED. This case is REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Judgment is entered for Plaintiff.

This action was _(check one)_:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

X decided by Judge    Rebecca L. Pennell

Date:  3/9/2026

CLERK OF COURT

s/Sean F. McAvoy

_Signature of Clerk_